UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:16-21446-CIV-SEITZ/TURNOFF

COLLEEN BLAIR, ET AL.,

    Plaintiffs,

v.

NCL (BAHAMAS) LTD., ET AL.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND REQUIRING STIPULATION OF DISMISSAL

THIS MATTER is before the Court on the Report of Guardian Ad Litem [DE-47] and the parties' Notice of Settlement and Petition for Approval of Settlement of a Minor [DE-45]. The Guardian Ad Litem's Report indicates that he has reviewed the pleadings, he has reviewed Plaintiff's counsel's files, he has spoken with Plaintiff's counsel and with Plaintiff, and he has reviewed the settlement terms, which include a structured settlement annuity. Based upon his review and conversations, he believes that the settlement is fair and reasonable. However, in order to protect the minor child, he recommends that the structured settlement annuity be restricted so that it cannot be invaded without Court order prior to the first payment being due. Thus, the Guardian recommends approval only with the proposed restriction. The Court gave the parties until February 14, 2017 to object to the recommendation of the Guardian Ad Litem. A review of the record indicates that there have been no objections. Upon consideration, it is

    ORDERED that

    (1) The Settlement Agreement with the additional restriction that, prior to the first payment being due, the structured settlement annuity cannot be invaded without Court order is APPROVED.

(2) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 28, 2017.**

(3) All pending motions not otherwise ruled upon are DENIED as moot.

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this  15  day of February, 2017.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Edward Blumberg
Deutsch & Blumberg
100 N. Biscayne Blvd., #2802
Miami, FL 33132